UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY WANGEN,<br><br>            Plaintiff,<br><br>    vs.<br><br>NATIONAL CREDIT SOLUTIONS LLC, et al.,<br><br>            Defendants. | CASE NO. CV 12-03889 RZ<br><br>ORDER TO SHOW CAUSE |

The Court issues this Order To Show Cause directed to Plaintiff due to lack of prosecution.

Plaintiff commenced this action on May 3, 2012. On June 13, Defendant filed proofs of service indicating that the only two named defendants, National Credit Solutions LLC and Capital Assistance Group LLC, were served with process on June 1 and June 5 respectively. If those proofs are correct, then the defendants' respective deadlines for responding to the complaint were June 22 and June 26. Those deadlines passed over two weeks ago, yet no defendant has appeared. If Defendants indeed were served but have neglected to respond, then it is Plaintiff's responsibility, as part of the general duty of prosecuting the action with alacrity, to take appropriate action.

1  Accordingly, IT IS ORDERED that Plaintiff shall show cause in writing,
2  within 14 days of the signature date of this Order, why this action should not be dismissed
3  without prejudice for Plaintiff's failure to prosecute it. The Court anticipates discharging
4  this Order To Show Cause if, within the time for response, either (1) Plaintiff files an
5  application for entry of default or (2) both Defendants file a response to the complaint.
6  IT IS SO ORDERED.

8  DATED:    July 12, 2012

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE