UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-3889 DDP (MRWx) | Date | November 26, 2012 |
|---|---|---|---|
| Title | Wangen v. National Credit Solutions | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| | Veronica McKamie | n/a |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| | n/a | n/a |

**Proceedings:** (IN CHAMBERS) ORDER RE: REVIEW OF PROPOSED PROTECTIVE ORDER

The Court received and reviewed the parties' proposed stipulated protective order. (Docket # 28.) The Court requests that the parties resubmit the stipulation to reflect the following:

1. Paragraph 6.3. The Court considers a dispute to a confidentiality designation to be a form of a discovery dispute. Such disputes are governed by Local Rule 37, not Local Rule 7. The parties should revise the dispute resolution mechanism to reflect the rule's provisions, including the joint motion procedure.

2. Paragraph 12.3. Local Rule 79-5 makes no reference to privileged material or trade secrets. Counsel shall review the current iteration of the rule and revise this paragraph (specifically, the fourth sentence beginning "Pursuant to Local Rule 79-5") to conform to the rule and avoid the impression that the Court will have prejudged an issue before its presentation.

After the parties mutually agree upon a revised version of the proposed order, they may resubmit it for the Court's consideration.